**IT IS SO ORDERED.**

*s/David A. Ruiz*
U.S. District Judge
Date: **September 13, 2022**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DONALD STOLTZ** | ) | CASE NO. 1:22-cv-955 |
| On behalf of himself and all others | ) | |
| similarly situated, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| Plaintiff, | ) | Magistrate Judge Jonathan Greenberg |
| v. | ) | |
| | ) | **JOINT STIPULATION** |
| **FROZEN DAIQUIRI BAR** | ) | **OF DISMISSAL** |
| **AND RESTAURANT LLC**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of the above-referenced action, with prejudice.

Respectfully submitted,

/s/ Scott D. Perlmuter
Scott D. Perlmuter (0082856)
4106 Bridge Avenue
Cleveland, Ohio 44113
216-308-1522
Fax: 888-604-9299
scott@tittlelawfirm.com

/s/ Joshua B. Fuchs
Joshua B. Fuchs (0087066)
24870 Fairmount Boulevard
Beachwood, Ohio 44122
216-505-7500 [phone and fax]
josh@fuchsfirm.com

Attorneys for Plaintiff

/s/ Mark Immormino
Mark Immormino (0022293)
1801 Chartley Road
Gates Mills, Ohio 44040
Phone: (216) 566-8099
FAX: (440) 683-4809
Cell: (216) 235-0416
Email: markimmormino@msn.com

Attorney for Defendants